UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| HOSEA L. ROBINSON, | ) |
| Petitioner, | ) |
| v. | ) No. 1:21-CV-69 SNLJ |
| BILL STANGE, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's motion to proceed in forma pauperis on appeal in this action brought pursuant to 28 U.S.C. § 2254. Petitioner was permitted to proceed in forma pauperis in the proceedings before this Court. As a result, petitioner does not need permission to proceed in forma pauperis on appeal. Fed. R. App. P. 24(a)(3). Petitioner's notice of appeal is sufficient to allow him to proceed in forma pauperis before the Court of Appeals.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis on appeal [ECF No. 20] is **GRANTED**.

Dated this 5th day of August, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE